# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DURRELL WILLIAMS,** ) | |
|     **Plaintiff,** ) | |
| ) | CIVIL ACTION 1:20-00415-KD-MU |
| **v.** ) | |
| ) | |
| **MEGAN BRENNAN,** *et al.,* ) | |
|     **Defendants.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 29, 2021 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' amended motion to dismiss (Doc. 24) is **GRANTED** and the Plaintiff's complaint is hereby **DISMISSED**.

**DONE** and **ORDERED** this the **19th** day of **January 2022.**

    /s/ Kristi K. DuBose
    **KRISTI K. DUBOSE**
    **UNITED STATES DISTRICT JUDGE**