IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DURRELL WILLIAMS,** ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION 1:20-00415-KD-MU |
| v. ) | |
| ) | |
| **MEGAN BRENNAN,** *et al.,* ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that the Plaintiff's complaint is **DISMISSED**.

**DONE** and **ORDERED** this the **19th** day of **January 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**